# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Calvin Boswell, Jr.,                                     Civil No. 08-1103 (RHK/FLN)

        Petitioner,                                   **ORDER**

v.

Warden Jessica Symmes,

        Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 6, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS ORDERED** that:

    1.  The Report and Recommendation (Doc. No. 20) is **ADOPTED**;

    2.  Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED;** and

    3.  This action is **DISMISSED WITH PREJUDICE**.

Dated: March 17, 2009

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge